Leon G. Dodge and Others, Appellants, v. Lillian Campbell (Calling Herself Mary Alexander Dodge) and National City Bank of Troy, N. Y., and Mary Alexander Dodge (Lillian Campbell), as Administrators, etc., of Byron G. Dodge, Deceased, Respondents.— Motion for leave to appeal to Court of Appeals granted. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

In the Matter of the Application of the Albany Transit Company, Inc., for a Certiorari Order to Review the Determination of the Public Service Commission of the State of New York in Denying the Application for a Certificate of Convenience and Necessity for the Operation of Motor Bus Lines in the City of Albany. United Traction Company and Capital District Transportation Company, Inc., Intervenors.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

Ten Eyck T. Mosher, Respondent, v. Hereward Von Der Decken and Another, Appellants, and Others, Consolidated with Joseph Mandelbaum and Another, Respondents, v. Hereward Von Der Decken and Another, Appellants, and Others.— Motion for reargument or for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

Lena Schifter, an Infant, by Isaac Schifter, Her Guardian ad Litem, Respondent, v. Bessie Magaziner, Appellant. Henrietta Schifter, Respondent, v. Bessie Magaziner, Appellant.— Motion for reargument denied, with ten dollars costs in one motion. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

Doris K. Bond, as Administratrix, etc., of Harry Austin Bond, Deceased, Respondent, v. Schenectady Railway Company, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

William T. Dunnigan, Respondent, v. Delaware and Hudson Company, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

John Hedgcock, Appellant, v. John F. Williams and Another, Respondents. — Motion for leave to appeal to the Court of Appeals denied. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.